UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Bryan Velazquez, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    - vs. –<br><br>African Imports, LLC,<br><br>    Defendant. | DOCKET NO. 22-cv-4967<br>(PAE) (KHP)<br><br>**ANSWER** |

Defendant African Imports, LLC, by and through its undersigned attorneys, answers the complaint of plaintiff Bryan Velazquez as follows:

### **INTRODUCTION**

1. Defendant admits that plaintiff purports to assert claims but denies that the claims have merit.

2. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph relating to plaintiff, and therefore denies same.

3. This paragraph contains no allegations about defendant that need be admitted or denied.

4. Defendant admits that plaintiff purports to assert those claims but denies that the claims have merit.

5. Defendant admits that plaintiff purports to seek the specified relief but denies plaintiff's entitlement to it. The remaining allegations of this paragraph are denied.

## JURISDICTION AND VENUE

6. Admitted.

7. This paragraph contains legal argument rather than factual allegations which need be admitted or denied.

8. Denied.

9. Denied.

10. Admitted.

## THE PARTIES

11. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

12. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

13. Denied.

14. Denied.

## NATURE OF ACTION

15. This paragraph contains no allegations about defendant that need be admitted or denied.

16. This paragraph contains no allegations about defendant that need be

admitted or denied.

17. This paragraph contains no allegations about defendant that need be admitted or denied. To the extent a response is required, defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

18. This paragraph contains no allegations about defendant that need be admitted or denied. To the extent a response is required, defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

19. Admitted that the specified guidelines have been published. Denied that the guidelines are universally followed or required to be.

20. This paragraph contains no allegations about defendant that need be admitted or denied. To the extent a response is required, defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

**STATEMENT OF FACTS**

21. Admitted that defendant owns and operates www.africaimports.com.

22. Admitted that the website offers products for sale to the public.

23. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph, and therefore denies same.

24. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph relating to

plaintiff, and therefore denies same. The remaining allegations of this paragraph, relating to defendant's website, are denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph relating to plaintiff, and therefore denies same. The remaining allegations of this paragraph, relating to defendant's website, are denied.

31. Denied.

32. Denied.

33. Denied that the site is not accessible.

34. Denied.

35. Admitted that plaintiff makes those allegations; denied that those allegations have merit.

36. Denied.

37. Admitted that plaintiff has accurately, though only partially, quoted a statute.

38. Admitted that plaintiff seeks the specified relief; denied that plaintiff is entitled to it.

39. Denied.

40. Admitted that defendant has invested sums in developing its website. The remaining allegations of this paragraph are denied.

41. Denied.

## CLASS ACTION ALLEGATIONS

42. Admitted that plaintiff seeks to certify such a class. Denied that plaintiff is entitled to do so.

43. Admitted that plaintiff seeks to certify such a subclass. Denied that plaintiff is entitled to do so.

44. Admitted that the first two of the cited questions are common; denied that the last two are.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

## FIRST CAUSE OF ACTION
### (VIOLATIONS OF THE ADA, 42 U.S.C. § 12182 *et seq*.)

49. Defendant repeats, reiterates, and incorporates by reference its responses to all allegations in all preceding paragraphs 1-48 as if fully set forth herein.

50. Admitted that plaintiff has accurately, though only partially, quoted a statute.

51. This paragraph contains legal argument that need not be admitted or denied. To the extent a response is required, the allegations of this paragraph are denied.

52. Admitted that this is generally an accurate summary of the law, subject to

various statutory defenses and exceptions.

53. Admitted that this is generally an accurate summary of the law, subject to various statutory defenses and exceptions.

54. Admitted that plaintiff has accurately, though only partially, quoted a statute.

55. Defendant is without knowledge or information sufficient to form an opinion as to the truth of the allegations of this paragraph relating to plaintiff, and therefore denies same. The remaining allegations of this paragraph, relating to defendant's website, are denied.

56. Admitted that plaintiff seeks the specified relief; denied that plaintiff is entitled to it.

## SECOND CAUSE OF ACTION
## (VIOLATIONS OF THE NYCHRL)

57. Defendant repeats, reiterates, and incorporates by reference its responses to all allegations in all preceding paragraphs 1-56 as if fully set forth herein.

58. Admitted that plaintiff has accurately, though only partially, quoted a statute.

59. This paragraph calls for legal conclusions, rather than states facts which need be admitted or denied. To the extent a response is required, the allegations are denied.

60. This paragraph calls for a legal conclusion, rather than states facts which need be admitted or denied. To the extent a response is required, the allegations are denied.

61. Denied.

62. Admitted that plaintiff has accurately, though only partially, quoted a statute . Denied that it applies to defendant.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Admitted that plaintiff seeks the specified relief; denied that plaintiff is entitled to it.

### THIRD CAUSE OF ACTION
### (DECLARATORY RELIEF)

70. Defendant repeats, reiterates, and incorporates by reference its responses to all allegations in all preceding paragraphs 1-69 as if fully set forth herein.

71. Admitted.

72. Denied.

### AFFIRMATIVE DEFENSES

1. Plaintiff lacks standing to bring these claims.

2. Plaintiff's allegations fail to state a claim upon which relief may be granted.

3. Plaintiff's claims are barred by the doctrine of unclean hands.

4. The court should not exercise supplemental jurisdiction over the non-federal claims in this suit.

5. The relief requested by plaintiff would not be readily achievable.

6. Plaintiff was not a bona fide customer of defendant.

7. Plaintiff is barred from recovery by reason of the fact that plaintiff has not sustained any damages whatsoever resulting from the actions or inactions of defendant.

8. Part or all of plaintiff's damages — if any — are the result of plaintiff's failure to mitigate damages.

9. Plaintiff is not entitled to statutory or punitive damages or fines.

10. Plaintiff is unable to satisfy the criteria for maintaining a class action. The potential class and subclasses are not numerous or ascertainable. The questions of law or fact are not common to the potential class or subclasses. The claims of the plaintiff are not typical of the claims of the potential class or subclasses. The interests of the potential class and subclasses will not be fairly and adequately represented. Individual issues predominate over common issues.

11. In addition to the foregoing defenses, Defendant reserves the right to amend its Answer to raise any and all other additional affirmative and other defenses that may become evident during discovery and during any other proceeding in this action or pursue any available counterclaims against Plaintiff as those claims become known during this litigation.

Wherefore, defendant respectfully demands judgment against plaintiff dismissing all counts of the Complaint, and awarding attorneys' fees, costs and disbursements, and such other, further, and different relief as the Court may deem just and proper.

Dated: July 19, 2022

                                 _____
                                 David Stein
                                 STEIN & NIEPORENT LLP
                                 1441 Broadway, Suite 6090
                                 New York, New York 10018
                                 (212) 308-3444

                                 Attorneys for Defendant